IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REGINA SUTTON, M.D. | § | |
| | § | |
| VS. | § | CA No. 6:23-cv-328 |
| | § | |
| THE PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA | § | |

## NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Regina Sutton, M.D., Plaintiff, and The Prudential Insurance Company of America, through their counsel, notify the Court that the parties have recently reached a settlement of this matter. The parties are working on finalizing the settlement and anticipate filing a Joint Stipulation of Dismissal within 60 days. The parties respectfully request that the Court stay all deadlines in the case, including but not limited to the deadline for Defendant to answer, for 60 days.

Respectfully submitted,

By: ____/s/ Amar Raval_____
Amar Raval, TBA #24046682
RAVAL TRIAL LAW
1133 Merril St.
Houston, TX 77009
(713) 324-8118
amar@ravaltriallaw.com

ATTORNEY FOR PLAINTIFF

By: */s/ Ian H. Morrison*
Ian H. Morrison (*pro hac vice*)
imorrison@seyfarth.com
Julie M. Kamps (*pro hac vice*)
jkamps@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Esteban Shardonofsky

sshardonofsky@seyfarth.com
Texas State Bar. No. 24051323
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, TX 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340


Attorneys for The Prudential Insurance Company of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, a true and correct copy of the foregoing Notice of Settlement was served by hand delivery, certified mail, return receipt requested, fax transmission, or by email to:

Julie M. Kamps, Esq.
Ian Morrison, Esq.
Seyfarth Shaw LLP
233 S. Wacker Dr., Suite 8000
Chicago, IL 60606
jkamps@seyfarth.com
imorrison@seyfarth.com

Esteban Shardonofsky, Esq.
Seyfarth Shaw LLP
700 Milam St., Suite 1400
Houston, TX 77002
sshardonofsky@seyfarth.com

                                                   *Amar Raval*
                                      _____
                                                     Amar Raval