IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REGINA SUTTON, M.D. | § § § | |
| vs. | § § § | CASE NO. 6:23-cv-328-JDK-KNM |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | § § § | |

**ORDER**

Before the Court is a Notice of Settlement and Request for Stay filed on March 24, 2024, stating that the above-styled lawsuit has settled. ECF 53. The parties state that they are working to finalize the settlement and they seek a stay of all deadlines. It is therefore

**ORDERED** that all deadlines in this matter are **STAYED**.

The parties or their counsel shall submit to the Court all papers necessary for the closing of this case on or before **May 23, 2025**. If the parties do not move for additional time or such papers are not received by the Court by the scheduled deadline, the Court may order dismissal without further notice. Within 60 days of a dismissal order, any party may petition to have the claims reinstated upon showing good cause as to why settlement was not in fact consummated.

So ORDERED and SIGNED this 24th day of March, 2025.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

1